DANIEL G. BOGDEN
United States Attorney
PHILLIP N. SMITH, JR.
Assistant United States Attorney
Nevada Bar Number 10233
501 Las Vegas Blvd. South, Suite 1100
Las Vegas, Nevada 89101
PHONE: (702) 388-6336
FAX: (702) 388-6418
phillip.smith@usdoj.gov

Attorney for the Plaintiff



# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA
# -oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA, | CRIMINAL INDICTMENT |
| PLAINTIFF, | 2:16-CR- 371 |
| vs. | **VIOLATION:** |
| CLAYTON CALL, | 18 U.S.C. § 2252A(a)(2) – Receipt of Child Pornography; and |
| DEFENDANT. | 18 U.S.C. §§ 2253(a)(1), 2253(a)(2), and 2253(a)(3) – Forfeiture. |

**THE GRAND JURY CHARGES THAT:**

Beginning on a date unknown, and continuing to on or about November 30, 2015 in the State and Federal District of Nevada,

**CLAYTON CALL,**

defendant herein, did knowingly receive child pornography and any material that contains child pornography, as defined in Title 18, United States Code, Section 2256(8), that was shipped and transported in and affecting interstate and foreign commerce by any means, including by

1

computer; and that was shipped and transported using any means and facility of interstate and foreign commerce, in violation of Title 18, United States Code, Sections 2252A(a)(2) and (b)(1).

### **FORFEITURE ALLEGATION**
(Receipt of Child Pornography)

1. The allegations contained in this Criminal Indictment are hereby realleged and incorporated herein by reference for the purpose of alleging forfeiture pursuant to Title 18, United States Code, Sections 2253(a)(1), 2253(a)(2), and 2253(a)(3).

2. Upon conviction of the felony offense charged in this Criminal Indictment,

**CLAYTON CALL,**

defendant herein, shall forfeit to the United States of America, any visual depiction described in Title 18, United States Code, Sections 2251 and 2252A, or any book, magazine, periodical, film, videotape, or other matter which contains any such visual depiction, which was produced, transported, mailed, shipped or received in violation of Title 18, United States Code, Section 2252A(a)(2);

defendant herein, shall forfeit to the United States of America, any property, real or personal, used or intended to be used to commit or to promote the commission of violations of Title 18, United States Code, Section 2252A(a)(2) or any property traceable to such property, to wit:

(1) An HP Pavilion dv7-6c95dx Entertainment PC, bearing S/N 2CE2180FCX, with Hard Drive HDD 5K750-750, bearing S/N 59DDMTWA;

(all of which constitutes "property").

. . .

. . .

2

All pursuant to Title 18, United States Code, Sections 2252A(a)(2), 2253(a)(1), 2253(a)(2), and 2253(a)(3).

**DATED:** this 20th day of December, 2016.

**A TRUE BILL:**

/S/
FOREPERSON OF THE GRAND JURY

DANIEL G. BOGDEN
United States Attorney

*Lisa Cartier Giroux*
*for Phillip Smith*

PHILLIP N. SMITH, JR.
Assistant United States Attorney