FEB 1 4 2017

CLERK US DISTRICT COURT
DISTRICT OF NEVADA

DEPUTY

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>           Plaintiff,<br><br>   vs.<br><br>CLAYTON CALL,<br><br>           Defendant. | 2:16-cr-00371-JAD-PAL<br><br><br><br>**ORDER** |

On February 6, 2017, this Court granted the Federal Public Defender's SEALED MOTION to Withdraw as Attorney and Appointment for New Counsel (doc. 14).

Accordingly, IT IS HEREBY ORDERED that Mace J. Yampolsky, is APPOINTED as counsel for Clayton Call in place of Federal Public Defender's Office for all future proceedings.

Federal Public Defender's office shall forward the file to Mr. Yampolsky forthwith.

DATED this __14TH__ day of February, 2017.

UNITED STATES MAGISTRATE JUDGE