STEVEN W. MYHRE
Acting United States Attorney
PHILLIP N. SMITH, JR.
Assistant United States Attorney
Nevada State Bar Number 10233
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, Nevada 89101
(702) 388-6503 / Fax: (702) 388-5087
phillip.smith@usdoj.gov

Attorney for the Plaintiff
United States of America

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | **2:16-cr-371-JAD-PAL** |
| | ) | |
| Plaintiff, | ) | STIPULATION TO CONTINUE |
| | ) | SENTENCING HEARING |
| vs. | ) | |
| | ) | |
| CLAYTON CALL, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

**STIPULATION TO CONTINUE SENTENCING HEARING**

IT IS HEREBY STIPULATED AND AGREED, by and between Steven W. Myhre, Acting United States Attorney, and Phillip N. Smith, Jr., Assistant United States Attorney, counsel for the United States of America, and Osvaldo E. Fumo, Esq., counsel for Defendant CLAYTON CALL, that the sentencing hearing for the above-captioned matter, currently scheduled for November 28, 2017, at the hour of 10:00 a.m., be vacated and continued for three (3) weeks. This stipulation is entered for the following reasons:

1. The Government needs additional time to allow victims in this case to provide information regarding restitution.

2. The Defendant is in custody, but he does not object to the continuance.

DATED: November 27, 2017.

/s/
PHILLIP N. SMITH, JR.
Assistant United States Attorney
Counsel for the United States

/s/
OSVALDO E. FUMO, ESQ.
Counsel for Defendant CLAYTON CALL

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\* \* \*

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | **2:16-cr-371-JAD-PAL** |
| | ) | |
| Plaintiff, | ) | **ORDER CONTINUING** |
| | ) | **SENTENCING HEARING** |
| vs. | ) | |
| | ) | |
| CLAYTON CALL, | ) | |
| | ) | |
| Defendant. | ) | |

## **ORDER**

Based on the pending stipulation of counsel, and good cause appearing therefore, **IT IS HEREBY ORDERED**, that the sentencing hearing in the above-captioned matter, currently scheduled for November 28, 2017 at the hour of 10:00 a.m., be vacated and continued to December 19, 2017 at the hour of 10:00 a.m.

_____
UNITED STATES DISTRICT JUDGE

DATED: 11/27/2017